848

No. 98–9697. Boles et al. *v.* Bradley et al. C. A. 6th Cir. Certiorari denied.

No. 98–9698. Robinson *v.* United States. C. A. 7th Cir. Certiorari denied.

No. 98–9699. Perkins *v.* United States. C. A. 4th Cir. Certiorari denied.

No. 98–9700. Oliver *v.* Massachusetts. App. Ct. Mass. Certiorari denied.

No. 98–9702. Robinson *v.* Henderson et al. C. A. 9th Cir. Certiorari denied.

No. 98–9703. Pratt *v.* United States. C. A. 11th Cir. Certiorari denied.

No. 98–9704. Jerome *v.* Ohio. C. A. 6th Cir. Certiorari denied.

No. 98–9705. Aviles et al. *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 98–9706. Colbert *v.* Corcoran, Warden, et al. C. A. 4th Cir. Certiorari denied.

No. 98–9707. Vincent *v.* United States. C. A. 8th Cir. Certiorari denied.

No. 98–9708. Tucker et al. *v.* United States. C. A. 3d Cir. Certiorari denied.

No. 98–9709. Miles *v.* United States. C. A. D. C. Cir. Certiorari denied.

No. 98–9710. Nason *v.* United States. C. A. 1st Cir. Certiorari denied.

No. 98–9711. Kulas *v.* United States District Court for the District of Arizona. C. A. 9th Cir. Certiorari denied.

No. 98–9712. Blackshear *v.* Russell, Warden, et al. C. A. 6th Cir. Certiorari denied.